IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RYAN D. MALONE | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-278 |
| WARDEN, FCC BEAUMONT | § | |

## ORDER

This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Pending before the court is petitioner's motion for an extension of time to file objections to the magistrate judge's report and recommendation. After due consideration, it is

**ORDERED** that petitioner's motion for an extension of time (document no. 5) is **GRANTED**. Petitioner shall file his objections on, or before, September 4, 2020.

SIGNED this 14th day of August, 2020.

_____
Zack Hawthorn
United States Magistrate Judge