PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 1:20CV278 Malone

RECEIVED: Doc # 6 Order

on this 2nd day of Sept, 2020, at 3:20 a.m./**p.m.**

at FCC Beaumont Medium
(Name of Institution)

_____   _____
Witness (if by mark)   (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT 3:20 **A.M.**/P.M. ON THIS 2nd DAY OF Sept, 2020, FCC Beaumont Med
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NORTH HOUSTON TX 77B

16 SEP 2020 PM 7 L

CLERK, U.S. DISTRICT COURT
RECEIVED

SEP 18 2020

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

**CLERK US DISTRICT COURT
EASTERN DISTRICT OF TEXAS
300 WILLOW STREET ROOM 104
BEAUMONT TEXAS  77701-2217**

